# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AUTUMN NGUYEN,<br><br>      Plaintiff,<br><br>vs.<br><br>NEVADA BARRINGTON CORP., EDEN COURT, LLC., VIRGINIA LAKES, LLC., VIRGINIA LAKE SOUTH APTS LLC., FR56 LLC. AND WILLIAM GUERRA,<br><br>      Defendants. | Case No.: 3:21-cv-00467-MMD-CLB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE** |

    Plaintiff, AUTUMN NGUYEN, by and through her attorney of record, filed a Motion for Leave to Serve Defendants by Publication, pursuant to FRCP 4(e) and NRCP 4(e). Plaintiff also requested an additional sixty (60) days in which to accomplish service by publication. On reading the filings and evidence consisting of plaintiff's Motion and declarations, it is satisfactorily appearing to me that Defendants cannot, with reasonable diligence, be served in any other manner than service by publication and that the defendants are a necessary party to this action.

    IT IS SO ORDERED that the summons and Complaint be served by publication in the Reno Gazette Journal, a newspaper of general circulation published in Washoe County, Nevada, hereby designated as the newspaper most likely to give defendants actual notice of the action, and that the publication be made once a week for four (4) successive weeks.

    IT IS FURTHER ORDERED that a copy of the summons, a copy of the Complaint and a copy of this Order be mailed to defendants at their last known address ascertained before expiration of the time herein prescribed for publication of the summons.

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE - 1

IT IS FURTHER ORDERED that plaintiff shall have an additional sixty (60) days to complete service by publication.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 18, 2022

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE - 2