Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUTUMN NGUYEN,<br><br>           Plaintiff,<br><br>vs.<br><br>NEVADA BARRINGTON CORP., *et al.*,<br><br>           Defendant. | Case No. 3:21-cv-00467-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff AUTUMN NGUYEN, and Defendants NEVADA BARRINGTON CORP., *et al.*, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss (ECF No. 8) from March 29, 2022 to April 12, 2022.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

The parties request this extension due to counsel for Plaintiff's recent surgery, congested calendar and need for additional time to prepare a proper response.

Dated this 29th day of March, 2022.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiff*

Dated this 29th day of March, 2022.

MAUPIN COX LeGOY

/s/ Enrique Schaerer
ENRIQUE SCHAERER, ESQ.
4785 Caughlin Parkway
Reno, Nevada 89519
*Attorney for Defendant*

IT IS SO ORDERED.

DATED this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS