# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUTUMN NGUYEN,<br><br>      Plaintiff,<br><br>vs.<br><br>NEVADA BARRINGTON CORP., *et al.*,<br><br>      Defendants. | Case No.: 3:21-cv-00467-ART-CLB<br><br>**ORDER** |

The Court, having considered the Stipulation and Order for Dismissal with Prejudice, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims, counterclaims, crossclaims, and defenses between and among Plaintiff AUTUMN NGUYEN and Defendants NEVADA BARRINGTON CORP., EDEN CT. LLC,[1] VIRGINIA LAKE SOUTH APTS. LLC,[2] FR 56 LLC, FR 139 LLC, and WILLIAM GUERRA in Case No. 3:21-cv-00467-ART-CLB shall be dismissed with prejudice, each party to bear his, her, or its own fees and costs.

**IT IS FURTHER ORDERED** that any pending matters in this action are **VACATED**.

**IT IS SO ORDERED**.

Dated this 21st day of June, 2022.

_____
Anne R. Traum
United States District Judge

---

[1] This entity was erroneously sued as "Eden Court LLC."
[2] This entity was erroneously sued also as "Virginia Lakes LLC."



4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com

2